

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-20-00213-CV

**CITY OF SAN ANTONIO** and Erik Walsh, in his Official Capacity,
Appellant

v.

**SAN ANTONIO PARK POLICE OFFICERS ASSOCIATION,** Henry Bassuk and Rogelio Tamez,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-18334
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

On August 13, 2021, appellants filed a "Motion for Rehearing and/or Rehearing *En Banc*." After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court